# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LAKEYLAH WHITE**                                                                  **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO.: 4:20cv-00161-SA-JMV**

**CITY OF GRENADA, MISSISSIPPI ET AL.**                   **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting an immunity defense… stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion… [is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U. CIV. R. 16(b)(3)(B).

The Defendants have filed a motion to dismiss based, in part, on qualified immunity. [41]. Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, November 30, 2021.

                                                          /s/ Jane M. Virden
                                                          **UNITED STATES MAGISTRATE JUDGE**