**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LAKEYLAH WHITE**                                                       **PLAINTIFF**

**v.**                                          **No. 4:20-CV-161-SA-JMV**

**CITY OF GRENADA, MISSISSIPPI, et al.**                       **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with an order [44] entered November 44, 2021, staying this case pending a ruling in the motions to dismiss. An order ruling on the parties' motions to dismiss has been entered. [57]. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a scheduling conference will be set by further notice of the court.

**SO ORDERED**, this the 22nd day of June, 2022.

                                                    /s/ Jane M. Virden
                                                    **UNITED STATES MAGISTRATE JUDGE**